UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EDGEWATER TECHNICAL ASSOCIATES, LLC, ) ) ) Plaintiff, ) ) v. ) ) ADANTA, INC., ) ) Defendant. ) | No.: 3:20-CV-403-TAV-DCP |

## ORDER

This civil matter is before the Court on the Report and Recommendations (the "R&R") entered by United States Magistrate Judge Debra C. Poplin, on January 20, 2022 [Doc. 35]. Judge Poplin recommends that the Court deny plaintiff's motion for a default judgment [Doc. 17] and grant defendant's motion to set aside default [Doc. 19]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Poplin's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 35]. Plaintiff's motion for a default judgment [Doc. 17] is **DENIED,** and defendant's motion to set aside default [Doc. 19] is **GRANTED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE